IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**OLIVER WILLIAM WOODS, JR.**            **PLAINTIFF**

**V.**            **NO. 3:24-CV-5-DMB-RP**

**COLIN BERRYHILL; and**
**SOUTHAVEN POLICE**
**DEPARTMENT**            **DEFENDANTS**

### FINAL JUDGMENT

In accordance with the "Opinion and Order" issued this day, this case is dismissed with prejudice.

**SO ORDERED**, this 14th day of November, 2024.

           **/s/Debra M. Brown**
           **UNITED STATES DISTRICT JUDGE**